USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
RASHAAD D. GUERRERO,

                Plaintiff,                09 Civ. 8470 (SHS)

    -against-                            ORDER

LOCAL 32BJ SEIU, *et al.*,

                Defendants.
------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    On October 6, 2009, *pro se* plaintiff Rashaad Guerrero filed a complaint against Local 32BJ SEIU, and Allied Union alleging violations of Title I of the Labor Management Reporting and Disclosure Act (29 U.S.C. §§ 411-15 ("LMRDA")). Pending before the Court now is a motion by plaintiff to amend the complaint by adding Mayor Michael Bloomberg, the New York City Office of the Comptroller, and FJC Security Services as defendants. On April 12, 2010, Magistrate Judge Ronald Ellis issued a Report and Recommendation, recommending that plaintiff's motion be granted as to FJC Security Services, and denied as to Mayor Michael Bloomberg and the New York City Office of the Comptroller.

    Although no party has submitted any objections to the Report and Recommendations, the Court has an independent duty to review the Report and Recommendation, *see Advance Coating Technology, Inc. v. LEP Chemical, Ltd.* 142 F.R.D. 91, 93 (S.D.N.Y. 1992). After so doing this Court adopts the Magistrate's Report and Recommendation in its entirety.

    Accordingly, IT IS HEREBY ORDERED that Magistrate Judge Ellis' Report and Recommendation is adopted and plaintiff's motion to amend the complaint [Dkt. # 27] is granted as to FJC Security Services, and denied as to Mayor Michael Bloomberg and the New York City Office of Comptroller.

Dated: New York, New York
        May 19, 2010

SO ORDERED:

Sidney H. Stein, U.S.D.J.

1